In the Matter of the Claim of BYRON H. SHAW, Respondent, against FLIGHTS INTERSTATE, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.